IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00138-BNB

ANGELO BENZOR,

Applicant,

v.

MR. GOLDER, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO],

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Angelo Benzor, is a prisoner in the custody of the Colorado Department of Corrections who currently is confined at the Sterling, Colorado, correctional facility. Mr. Benzor filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 (2006).

On January 29, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Benzor to file within thirty days an amended application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland specifically noted in the January 29 order that Mr. Benzor's application failed to comply with Fed. R. Civ. P. 8(a)(2) because Mr. Benzor failed to assert any claims or the relief he wanted. The order warned Mr. Benzor that failure to comply with the January 29 order would result in the denial of the application and the dismissal of the action without further notice.

On March 5, 2009, Mr. Benzor filed with the Court an amended application that asserts the relief he seeks but still fails to assert any claims. Accordingly, it is

ORDERED that the amended application is denied and the action dismissed without prejudice for failure to comply with the January 29, 2009, order for an amended application.

DATED at Denver, Colorado, this 11 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00138-BNB

Angelo Benzor
Reg No. 115458
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751-6000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/12/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk